IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARCADIS CE, INC., f/k/a MALCOLM PIRNIE, INC. and ARCADIS U.S., INC., <br> Plaintiffs <br> vs. <br><br> EUREKA RESOURCES, LLC, <br> Defendant | : CASE NO. 4:24-cv-01151-MWB <br> : <br> : <br> : <br> : <br> : <br> : <br> : JURY TRIAL DEMANDED |

## **DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT**

1. Admitted.

2. Admitted.

3. Admitted.

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of paragraph 4 and therefore it is denied.

5. Admitted.

6. Admitted.

7. Admitted.

8. The allegation of paragraph 8 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

1139559

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

34. Admitted.

35. Admitted.

36. Admitted.

37. Admitted.

38. Admitted.

39. Admitted.

40. Admitted.

41. Admitted.

42. Admitted.

43. Admitted.

44. Admitted.

45. Admitted.

46. Admitted.

47. Admitted.

48. Admitted.

49. Admitted.

50. Admitted.

## COUNT I
## BREACH OF CONTRACT AGAINST EUREKA
## (IN THE ALTERNATIVE)

51. No response required.

52. The allegation of paragraph 52 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

53. The allegation of paragraph 53 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

54. The allegation of paragraph 54 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

55. The allegation of paragraph 55 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

56. The allegation of paragraph 56 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

57. The allegation of paragraph 57 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

58. No response required.

59. The allegation of paragraph 59 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

60. The allegation of paragraph 60 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

61. The allegation of paragraph 61 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

62. No response required.

63. The allegation of paragraph 63 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

64. The allegation of paragraph 64 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

65. The allegation of paragraph 65 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

66. The allegation of paragraph 66 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

67. The allegation of paragraph 67 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

68. The allegation of paragraph 68 is a conclusion of law to which the Federal Rules of Civil Procedure require no response. To the extent that a response is deemed necessary, it is denied.

## **GENERAL DENIAL**

To the extent any of the allegations of the Complaint are not admitted or denied hereinabove, Defendants hereby deny those allegations.

## DEMAND FOR JURY

Defendant requests jury trial on all claims.

          Respectfully submitted,

          McNERNEY, PAGE, VANDERLIN & HALL

          By:   /s/ *Noah F. Roux*
                Thomas C. Marshall, Esquire, I.D. #59326
                Noah F. Roux, Esquire, I.D. #334359
                *Attorneys for Defendant Eureka Resources, LLC*

          433 Market Street
          Williamsport, PA 17701
          Telephone: 570-326-6555
          Facsimile: 570-326-3170
          Email: tmarshall@mpvhlaw.com

Dated: August 5, 2024      Email: nroux@mpvhlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARCADIS CE, INC., f/k/a MALCOLM PIRNIE, INC. and ARCADIS U.S., INC., <br>     Plaintiff <br> vs. <br><br> EUREKA RESOURCES, LLC, <br>     Defendant | : CASE NO. 4:24-cv-01151-MWB <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all parties. Parties may access this filing through the court's system.

McNERNEY, PAGE, VANDERLIN & HALL

By:     /s/ *Noah F. Roux*
       Thomas C. Marshall, Esquire, I.D. #59326
       Noah F. Roux, Esquire, I.D. #334359
       *Attorneys for Defendant Eureka Resources, LLC*

433 Market Street
Williamsport, PA 17701
Telephone: 570-326-6555
Facsimile: 570-326-3170
Email: tmarshall@mpvhlaw.com
Email: nroux@mpvhlaw.com